```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 24722
    ISAAC RODRIGUEZ
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-3734

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 06/22/2005 and was confirmed 12/15/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 07/02/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG         .00            .00            .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE    14085.18            .00       14085.18
FIRST BANK & TRUST OF EV  SECURED           7123.35         696.34        7123.35
INTERNAL REVENUE SERVICE  PRIORITY         10475.48            .00            .00
CHARTER ONE BANK          UNSECURED       NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED         2094.10            .00            .00
COMOS WINDOWS             UNSECURED         4675.00            .00            .00
INTERNAL REVENUE SERVICE  UNSECURED        10506.97            .00            .00
INTERNAL REVENUE SERVICE  SECURED          52717.00        8851.97       21149.95
CITY OF CHICAGO           UNSECURED        32825.00            .00            .00
ARTHUR P SANDERMAN        DEBTOR ATTY          .00                            .00
TOM VAUGHN                TRUSTEE                                        3,345.21
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                         55,252.00

PRIORITY                                                  .00
SECURED                                             42,358.48
    INTEREST                                         9,548.31
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                 3,345.21
DEBTOR REFUND                                             .00
                               ---------------    ---------------
TOTALS                          55,252.00           55,252.00




            PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 24722 ISAAC RODRIGUEZ
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 24722 ISAAC RODRIGUEZ